**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Case No. 2:24-CR-0013 JRG-RSP |
| | § |
| KELON DEWON DAVIS | § |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
FINDING DEFENDANT GUILTY**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding defendant's plea of guilty to Count 2 of the Indictment charging Defendant with a violation of 21 U.S.C. § 841(a)(1), Possession with Intent to Distribute Methamphetamine. (Dkt. No. 26.) Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the defendant's guilty plea. (*Id.* at 2.) The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed April 2, 2025, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to defendant's plea agreement, the Court finds defendant **GUILTY** of Count 2 of the indictment in the above-numbered cause.

**So Ordered this**

**Apr 20, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE